AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Mohammed Bouhajrah, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

Hill Deli Grocery Corp., Azaal Deli Grocery Corp., Ana Deli Grocery Corp., and Nasser Almasmari,

*Defendant(s)*

Civil Action No. 18-cv-11391

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Azaal Deli Grocery Corp.
1053 Ogden Avenue
Bronx, New York, 10452

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Katz Melinger PLLC
280 Madison Avenue
Suite 600
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/10/2018

/s/ D. Howie
*Signature of Clerk or Deputy Clerk*