USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
MOHAMMED BOUHAJRAH,                                                      :
                                                                         :
                        Plaintiff,                                       :
                                                                         :
            -v-                                                          :   18-CV-11391 (VEC)
                                                                         :
HILL DELI GROCERY CORP., AZAAL DELI                                      :   ORDER
GROCERY CORP., ANA DELI GROCERY CORP.,                                   :
AND NASSER ALMASMARY,                                                    :
                                                                         :
                        Defendants.                                      :
                                                                         :
------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 1, 2020, the parties filed a joint pretrial order, Dkt. 71;

WHEREAS on September 1, 2020, Plaintiff Bouhajrah filed proposed findings of fact and proposed conclusions of law, Dkt. 72;

WHEREAS none of the Defendants filed proposed findings of fact and proposed conclusions of law;

WHEREAS Plaintiff Bouhajrah and Defendants Hill Deli Grocery Corp., Azaal Deli Grocery Corp., and Ana Deli Grocery Corp. sent courtesy copies of their proposed trial exhibits in line with this Court's individual practices; and

WHEREAS Defendant Almasmary did not submit courtesy copies of his proposed trial exhibits;

IT IS HEREBY ORDERED that all Defendants must file proposed findings of fact and proposed conclusions of law on ECF by no later than **Friday, October 9, 2020**.  Failure to timely file these documents may result in sanctions.

IT IS FURTHER ORDERED that Defendant Almasmary must send hard copies of his proposed trial exhibits in line with this Court's individual practices by no later than **Friday,**

**October 9, 2020**.

IT IS FURTHER ORDERED that the parties will be given at least one month notice in advance of trial.

IT IS FURTHER ORDERED that if the parties want a settlement conference with their assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date: September 30, 2020**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**