```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
MOHAMMED BOUHAJRAH,                                                      :
                                                                         :
                         Plaintiff,                                      :
                                                                         :
            -v-                                                          :   18-CV-11391 (VEC)
                                                                         :
HILL DELI GROCERY CORP., AZAAL DELI                                      :   ORDER
GROCERY CORP., ANA DELI GROCERY CORP.,                                   :
AND NASSER ALMASMARY,                                                    :
                                                                         :
                         Defendants.                                     :
                                                                         :
------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on September 30, 2020, the Court informed the parties they will be given one month notice in advance of trial, Dkt. 73;

    IT IS HEREBY ORDERED that the bench trial is scheduled to begin on **Monday, December 7, 2020, at 10:00 A.M.**  The final pre-trial conference is scheduled for **Tuesday, December 1, 2020, at 3:30 P.M.**

    IT IS FURTHER ORDERED that a conference to discuss trial logistics is scheduled for this **Friday, October 23, 2020, at 11:30 A.M.**  All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 1391. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

**SO ORDERED.**

Date: October 21, 2020                                         _____
       New York, New York                                          **VALERIE CAPRONI**
                                                          **United States District Judge**