USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                                          :
MOHAMMED BOUHAJRAH,                                                       :
                                                                          :
                        Plaintiff,                             :
                                                                          :
                -v-                                           :      18-CV-11391 (VEC)
                                                                          :
HILL DELI GROCERY CORP., AZAAL DELI                                       :      ORDER
GROCERY CORP., ANA DELI GROCERY CORP.,                                    :
AND NASSER ALMASMARY,                                                     :
                                                                          :
                       Defendants.                            :
                                                                          :
------------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a final pre-trial conference is scheduled for Tuesday, December 1, 2020, at 3:30 P.M. and a bench trial is scheduled to begin on Monday, December 7, 2020;

       IT IS HEREBY ORDERED that due to the rising numbers of COVID-19 cases in New York City, the final pre-trial conference and the bench trial are adjourned *sine die*. The parties will be given at least one month notice in advance of trial.

       IT IS FURTHER ORDERED that if the parties want a settlement conference with their assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

Date: **November 23, 2020**
      **New York, New York**

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**