USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ X
           :
MOHAMMED BOUHAJRAH,            :
           :
          Plaintiff,           :
           :
        -v-            :     18-CV-11391 (VEC)
           :
HILL DELI GROCERY CORP., AZAAL DELI        :     <u>ORDER</u>
GROCERY CORP., ANA DELI GROCERY CORP.,    :
AND NASSER ALMASMARY,            :
           :
       Defendants.          :
           :
------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS the bench trial in this matter has been adjourned *sine die* due to the COVID-19 pandemic, Dkt. 84;

WHEREAS Defense counsel has previously reported that witness Yehya Hadash was in Yemen and out of contact; and

WHEREAS the Southern District of New York is no longer requiring vaccinated persons to wear masks during non-jury trial proceedings, if all participants are vaccinated;

IT IS HEREBY ORDERED that by no later than **Friday, June 25, 2021**, the parties must file a joint letter informing the Court whether all witnesses, including Mr. Hadash, are in New York City or the surrounding area and whether all counsel and witnesses who plan to participate or testify in the bench trial have been fully vaccinated against COVID-19.

IT IS FURTHER ORDERED that if the parties want a settlement conference with their assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Date: June 21, 2021**                                       _____
**New York, New York**                                  **VALERIE CAPRONI**
                                                         **United States District Judge**