USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                :
MOHAMMED BOUHAJRAH,                     :
                                                :
                        Plaintiff,                  :
                                                :
                        -v-                            :           18-CV-11391 (VEC)
                                                :
HILL DELI GROCERY CORP., AZAAL DELI    :           <u>ORDER</u>
GROCERY CORP., ANA DELI GROCERY CORP.,   :
AND NASSER ALMASMARY,                 :
                                                :
                      Defendants.               :
                                                :
------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 23, 2020, the Court adjourned *sine die* the final pretrial conference and the bench trial in this matter due to the COVID-19 pandemic, Dkt. 84;

IT IS HEREBY ORDERED that the bench trial will begin on **Monday, July 26, 2021, at 10:00 A.M.**

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **Wednesday, July 21, 2021 at 2:00 P.M.** At the final pretrial conference, the parties must be ready to present a mutually agreeable interpreter to be available to translate for Mr. Hadash as needed. All witnesses must meet the SDNY Courthouse entry rules at the time of trial. The Court strongly encourages all parties and witnesses to be fully vaccinated prior to the trial date (i.e., at least two weeks post the second shot for a two-shot series or post the single shot for a single shot series).

IT IS FURTHER ORDERED that both the bench trial and the final pretrial conference will be held in person in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Per the Southern District of New York ("SDNY") COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Only those individuals who meet

the courthouse entry requirements will be permitted entry.  Please see the enclosed instructions.

IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend the final pretrial conference or the trial by dialing 1-888-363-4749, using the access code 3121171 and the security code 1391.  All of those accessing the hearing are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

**Date:  June 27, 2021**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.