USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                :

MOHAMMED BOUHAJRAH,                          :

                 Plaintiff,                      :

                -v-                           :          18-CV-11391 (VEC)

HILL DELI GROCERY CORP., AZAAL DELI    :          ORDER
GROCERY CORP., ANA DELI GROCERY CORP., :
AND NASSER ALMASMARY,                  :

                 Defendants.              :

------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on October 18, 2019, Mohammad Al Sawaeer filed a notice of appearance on behalf of Defendants Hill Deli Grocery Corp., Azaal Deli Grocery Corp., and Ana Deli Grocery Corp. (collectively, "the Corporate Defendants"), Dkt. 54;

       WHEREAS a bench trial in this matter is scheduled to begin on Monday, July 26, 2021 at 10:00 A.M., Dkt. 87;

       WHEREAS the final pretrial conference is scheduled for Wednesday, July 21, 2021 at 2:00 P.M., *id.*;

       WHEREAS on July 13, 2021, Mohammad Al Sawaeer, counsel for the Corporate Defendants, filed a motion to withdraw, Dkt. 90;

       WHEREAS Mr. Al Sawaeer contends that he has been unable to reach Yehya A. Hadash, the owner of the Corporate Defendants, for over a year, despite repeated attempts to contact him, *id.*;

       WHEREAS "[a] client's failure to cooperate with his attorney constitutes a 'satisfactory reason' for the attorney's withdrawal," *Liang v. Lucky Plaza Rest.*, No. 12-CV-5077, 2013 WL 3757036, at *2 (S.D.N.Y. July 17, 2013) (collecting cases); and

WHEREAS Mr. Al Sawaeer filed proof of service of the motion to withdraw on Mr. Hadash, *id.*;

IT IS HEREBY ORDERED that the Corporate Defendants must respond to Mr. Al Sawaeer's motion to withdraw by no later than **Wednesday, July 28, 2021**. The Corporate Defendants' response must be made through counsel; Mr. Hadash, as a layperson, may not file papers on behalf of anyone other than himself. *See* 28 U.S.C. § 1654; Fed. R. Civ. P. 11(a); *see Lattanzio v. COMTA* 481 F.3d 137, 139–40 (2d Cir. 2007). If the Corporate Defendants fail to respond to the motion to withdraw on or before July 28, 2021, the Court will presume that they do not object to Mr. Al Sawaeer being permitted to withdraw; the Court will then grant Mr. Al Sawaeer's motion. If the Corporate Defendants respond to the motion to withdraw, Mr. Al Sawaeer's reply in support of his motion is due no later than **Wednesday, August 4, 2021**.

IT IS FURTHER ORDERED that the Corporate Defendants must inform the Court by no later than **July 28, 2021**, whether they intend to continue defending this action. That notice must be made through counsel as noted above. If the Corporate Defendants fail to notify the Court by July 28, 2021 that they intend to continue defending this action, the Court will presume that they have elected not to defend this action and will direct Plaintiff to move for an order to show cause why default judgment should not be entered against the Corporate Defendants, in accordance with this Court's Individual Practices.

IT IS FURTHER ORDERED that the final pretrial conference, currently scheduled for Wednesday, July 21, 2021 at 2:00 P.M., and the bench trial, currently scheduled to commence on Monday, July 26, 2021 at 10:00 am, are adjourned *sine die*.

The Clerk of Court is respectfully directed to mail a copy of this order to Yehya A. Hadash

at 1704 Van Buren Street, Apartment 3B, Bronx, New York 10460, and to note the mailing on the docket.

**SO ORDERED.**

**Date: July 14, 2021**
      **New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**