USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
MOHAMMED BOUHAJRAH,                                                  :
                                                                     :
                Plaintiff,                                           :
                                                                     :
            -v-                                                   :    18-CV-11391 (VEC)
                                                                     :
HILL DELI GROCERY CORP. 2, AZAAL DELI                                :    DEFAULT JUDGMENT
GROCERY CORP., ANA DELI GROCERY CORP.,                               :
AND NASSER ALMASMARY,                                                :
                                                                     :
                Defendants.                                          :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on August 13, 2021, Plaintiff moved for an order to show cause why a default judgment should not be entered against Hill Deli Grocery Corp. 2, Azaal Deli Grocery Corp., and Ana Deli Grocery Corp. (collectively, "the Corporate Defendants"), Dkts. 94–99;

       WHEREAS on September 9, 2021, the Court ordered the Corporate Defendants to show cause at a telephonic hearing on Friday, October 1, 2021 at 11:30 A.M. why a default judgment should not be entered against them, Dkt. 107;

       WHEREAS Plaintiff served a copy of the Order to Show Cause (Dkt. 107), the Amended Complaint (Dkt. 106), and the motion for default judgment (Dkts. 95–99) on the Corporate Defendants, Dkt. 108;

       WHEREAS on October 1, 2021, the Court held the telephonic show cause hearing; and

       WHEREAS the Corporate Defendants did not appear at the hearing;

       IT IS HEREBY ORDERED that judgment is entered against Defendants Hill Deli Grocery Corp. 2, Azaal Deli Grocery Corp., and Ana Deli Grocery Corp., in an amount to be determined following the conclusion of the proceedings against the remaining Defendant in this action.

The Clerk of Court is respectfully directed to terminate Defendants Hill Deli Grocery Corp. 2, Azaal Deli Grocery Corp., and Ana Deli Grocery Corp.

**SO ORDERED.**

|  |  |
|---|---|
| **Date:  October 1, 2021**<br>**New York, New York** | _____<br>**VALERIE CAPRONI**<br>**United States District Judge** |