USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
: 
MOHAMMED BOUHAJRAH, :
:
Plaintiff, :
:
-v- : 18-CV-11391 (VEC)
:
HILL DELI GROCERY CORP. 2, AZAAL DELI : ORDER
GROCERY CORP., ANA DELI GROCERY CORP., :
AND NASSER ALMASMARY, :
:
Defendants. :
:
------------------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 1, 2021, the Court entered a Default Judgment against Hill Deli Grocery Corp. 2, Azaal Deli Grocery Corp., and Ana Deli Grocery Corp., Dkt. 109; and

WHEREAS Plaintiff's case against Defendant Nasser Almasmary is trial ready;

IT IS HEREBY ORDERED that a status conference to schedule the bench trial will be held on **Thursday, October 14, 2021 at 1:00 P.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 1391. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: October 1, 2021
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**