USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                                                  :

MOHAMMED BOUHAJRAH,                          :

                                Plaintiff,                    :

                              -v-                              :           18-CV-11391 (VEC)

HILL DELI GROCERY CORP. 2, AZAAL DELI       :          ORDER
GROCERY CORP., ANA DELI GROCERY CORP.,    :
AND NASSER ALMASMARY,                              :

                             Defendants.               :

-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a status conference was scheduled for October 14, 2021 at 1:00 P.M., Dkt. 110; and

       WHEREAS the Court experienced technical difficulties with the teleconference system;

       IT IS HEREBY ORDERED that the status conference to schedule the bench trial is rescheduled to **Friday, October 15, 2021 at 10:00 A.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 1391. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

Date: October 14, 2021
       New York, New York

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**