**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2021

# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Adam Sackowitz
Katz Melinger PLLC

o: 212.460.0047
f : 212.428.6811
ajsackowitz@katzmelinger.com

October 19, 2021

**Via ECF**
Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

    Re:    *Bouhajrah v. Hill Deli Grocery Corp. et al.*
              **Case No. 18-cv-11391**

Your Honor:

    We are attorneys for the plaintiff, Mohammed Bouhajrah, in the above-referenced matter, and submit this letter with the consent of counsel for defendant Nasser Almasmary to respectfully request a brief adjournment of the parties' deadline to request a referral to Magistrate Judge Moses for a settlement conference and of the bench trial currently scheduled for November 2, 2021. This is Plaintiff's first request for an adjournment of the aforementioned deadlines.

    Following the telephonic status conference held on October 15, 2021, our office has attempted to contact our client but has been unable to reach him. Although it has only been 5 days since the status conference, including the weekend, we of course recognize the urgency of this situation, given the upcoming bench trial, and have reached out to our client by telephone, email, and letter. We expect to hear from Mr. Bouhajrah soon, and respectfully request a brief adjournment of the aforementioned deadlines to provide us with additional time to get in touch with our client.

    We also note that the defendants requested numerous adjournments at the outset of this action and that the default of the corporate defendants led to an adjournment of the previously-scheduled trial date following the motion to withdraw filed by their former counsel, and respectfully request the Court's indulgence in providing Mr. Bouhajrah additional time to contact our office.

Hon. Valerie Caproni<br>
October 19, 2021<br>
Page 2

      Based on the foregoing, we respectfully request that the parties' deadline to request a referral to Magistrate Judge Moses for a settlement conference be adjourned to October 25, 2021, and that the bench trial currently scheduled for November 2, 2021 be adjourned to a date after November 16, 2021. In the event that Mr. Bouhajrah has not contacted our office by October 25, 2021, we intend to move to withdraw as counsel for Mr. Bouhajrah.

      We thank the Court for its consideration in this matter.

Sincerely,<br><br>
<i>/s/ Adam Sackowitz</i><br>
Adam Sackowitz

Cc: All counsel of record (via ECF)

---

The parties' deadline to inform the Court whether they would like a settlement conference with Magistrate Judge Moses is adjourned to **Monday, October 25, 2021**. The bench trial, currently scheduled for November 2, 2021, is adjourned *sine die*.

SO ORDERED.

*[signature]*   Date: October 19, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE