**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/07/2022

*Law offices of Morris Fateha*
911 Avenue U
Brooklyn, NY 11223
Phone: (718) 627-4600
Fax: (718) 627-4601
Email: morrisfateha@gmail.com
Website: www.morrisfatehalaw.com

January 7, 2022

**VIA ECF**
The Honorable Judge Valerie E Caproni
United States District Court for
Southern District of New York
500 Pearl Street
New York NY 10007

Re: Adjournment of status hearing on 18-cv-11391-VEC Bouhajrah et al v. Hill Deli Grocery Corp. 2, and Nasser Almasmary et al  Status Conference scheduled for 01/14/2022

Dear Honorable Judge Valerie E Caproni

     We represent the Defendant Nasser Almasmary in this matter.  Unfortunately, Mr. Almasmary is currently in Michigan and we are waiting for him to get back next week to consummate a settlement with the Plaintiff, therefore We respectfully request an adjournment of the status hearing to any date after January 30, 2022 in order for Mr. Almasmary to execute settlement agreement and allow enough time for the Plaintiff to submit appropriate motion. Plaintiff's Counsel consents to this request.

     Thank you for your time and consideration in this matter. Please feel free to contact the undersigned should you have any questions pertaining to this correspondence.

/S/Morris Fateha
_____
Morris Fateha, Esq.

1

The *Cheeks* letter motion and settlement agreement were due today.  *See* Order, Dkt. 118.  The Court reminds the parties that any requests for adjournment must be made at least 48 hours in advance of the deadline.  *See* Rule 2(C) of the Undersigned's Individual Practices in Civil Cases.

The parties' deadline to file the Cheeks letter motion, along with the settlement agreement, is adjourned to **Friday, February 4, 2022**.  If no letter motion is filed by Friday, February 4, 2022, a conference will be held on **Friday, February 11, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007.  The conference currently scheduled for Friday, January 14, 2022 at 10:00 a.m. is CANCELLED.

SO ORDERED.

Date: January 7, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE