USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
MOHAMMED BOUHAJRAH,                                                  :
                                                                     :
                          Plaintiff,                                 :
                                                                     :
             -v-                                                     :  18-CV-11391 (VEC)
                                                                     :
HILL DELI GROCERY CORP. 2, AZAAL DELI                                :  DEFAULT JUDGMENT
GROCERY CORP., ANA DELI GROCERY CORP.,                               :
AND NASSER ALMASMARY,                                                :
                                                                     :
                          Defendants.                                :
                                                                     :
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 1, 2021, the Court entered judgment against Defendants Hill Deli Grocery Corp. 2, Azaal Deli Grocery Corp., and Ana Deli Grocery Corp., Dkt. 109;

WHEREAS the Court informed Plaintiff that the amount of the judgment would be determined following the conclusion of the proceedings against Defendant Nasser Almasmary, *id.*;

WHEREAS on March 10, 2022, the Court entered a default judgment against Defendant Nasser Almasmary; and it is hereby

**ORDERED, ADJUDGED, and DECREED that:**

Judgment is entered in favor of Plaintiff and against Defendants Hill Deli Grocery Corp. 2, Azaal Deli Grocery Corp., and Ana Deli Grocery Corp. in the amount of **$194,542.61**. This amount includes prejudgment interest at 9% per year from June 18, 2017, the midpoint of Plaintiff's employment with Defendants, up to the date of the entry of this judgment, totaling $20,514.60, costs in the amount of $4,158.61 pursuant to Local Civil Rule 54.1, and reasonable attorneys' fees in the amount of $53,595.00.  Plaintiff is also entitled to post-judgment interest pursuant to 28 U.S.C. § 1961.

Defendants Hill Deli Grocery Corp. 2, Azaal Deli Grocery Corp., and Ana Deli Grocery Corp., along with Defendant Nasser Almasmary, are joint and severally liable for the $194,542.61 judgment, up to the full amount.

The Clerk of Court is respectfully directed to enter judgment in favor of Plaintiff against Defendants Hill Deli Grocery Corp. 2, Azaal Deli Grocery Corp., and Ana Deli Grocery Corp. in the amount referenced above.  The Clerk is further directed to close this case.

**SO ORDERED.**

**Date:  March 11, 2022**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**